UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER J. OUTLAND,

      Plaintiff,

v.                                                                     Case No. 8:02-cv-1341-T-23TGW

CAL HENDERSON, *et al.*,

      Defendants.

_____/

## O R D E R

Outland's Section 1983 civil rights complaint alleges that his civil rights were violated when members of the Hillsborough County Sheriff's Office beat him after effecting his arrest and placing him in restraints.  Outland moves for a preliminary injunction (Doc. 55) to bar the defendants from retaliating or harassing him upon his release from prison. According to his motion, Outland was released from prison on April 17, 2005.[*]  Outland's motion fails to satisfy the elements necessary for preliminary injunctive relief.  Siegel v. LaPore, 234 F.3d 1163, 1176 (11th Cir. 2000) (en banc); Cate v. Oldham, 707 F.2d 1176, 1185 (11th Cir. 1983).

Accordingly, Outland's motion for preliminary injunction (Doc. 55) is **DENIED**.

ORDERED in Tampa, Florida, on April 20, 2005.

_____
**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**

SA/ro

_____

[*] The Florida Department of Correction's website confirms that Outland is currently on supervised release.